MILTON MEISELMAN, an Infant, by FANNY MEISELMAN, His Guardian ad Litem, Appellant, v. CROWN HEIGHTS HOSPITAL, INC., et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1027, 1029.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

AGNES M. SCHWERIN, Respondent, v. JOSEPH SCHWERIN, Appellant. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 771.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

JACOB SCOTT et al., Suing on Their Own Behalf and on Behalf of All Other Stockholders of HURON HOLDING CORPORATION Similarly Situated, Appellants, and ABRAHAM L. HAYMAN, Intervener, Appellant, v. EDWIN M. ALLEN et al., Defendants, and MANUFACTURERS TRUST COMPANY et al., Defendants-Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 766.] Present — Close, P. J., Hagarty, Johnston and Adel, JJ.; Carswell, J., not voting.

ANNA P. STORS, as Administratrix of the Estate of JOHN M. STORS, Deceased, Respondent, v. LONG ISLAND RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1025.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

CHARLES STUECK, as President of the Welfare Association of Grumman Aircraft Engineering Corporation, Respondent, v. DRINCUP VENDORS, INC., Appellant.— Motion to vacate or modify order of this court dated November 1, 1943 [See 266 App. Div. 1010], denied, with ten dollars costs. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

LILLIAN B. TUCKER, Appellant, v. ROYAL INDUSTRIAL BANK et al., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 778.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.